CONTINENTAL FINANCE, INC., A CORPORATION OF THE STATE OF NEW JERSEY, PLAINTIFF-APPELLANT, v. CAMBRIDGE LEE METAL CO., INC., A CORPORATION OF THE STATE OF NEW JERSEY, AND UNITED STATES OF AMERICA, DEFENDANTS-RESPONDENTS.

Superior Court of New Jersey
Appellate Division

Argued April 28, 1969—Decided May 8, 1969.

Before Judges CONFORD, KILKENNY and LEONARD.

*Mr. William S. Katchen* argued the cause for appellant (*Messrs. Ravin & Ravin,* attorneys; *Mr. David N. Ravin,* of counsel).

*Mr. Don Allen Resnikoff,* Assistant United States Attorney, argued the cause for respondent United States of America (*Mr. David M. Satz, Jr.,* United States Attorney, attorney).

PER CURIAM. We affirm essentially for the reasons stated in Judge Hand's opinion for the Law Division, as reported in 100 *N. J. Super.* 327 (1968).